UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **CORY SHEPHARD**<br>DOC # 421341 | * | **CIVIL ACTION NO. 2:15-cv-1923** |
| v. | * | **JUDGE MINALDI** |
| **JAMES LeBLANC** | * | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 12) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, consideration of Shephard's Objections (Rec. Doc. 13), and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that Shephard's petition is **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FED. R. CIV. P. 41(b).

Lake Charles, Louisiana, this 24 day of _____July_____, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE